**Order entered January 12, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00706-CR
No. 05-17-00707-CR
No. 05-17-00708-CR
No. 05-17-00712-CR
No. 05-17-00713-CR
No. 05-17-00714-CR
No. 05-17-00715-CR

**DOUGLAS LEE LEGUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82880-2014, 380-82881-2014, 380-82882-2014, 380-82883-2014,**
**380-82884-2014, 380-82885-2014 & 380-82886-2014**

## ORDER

We **REINSTATE** these appeals.

On January 9, 2018, we granted Jessie Allen's motion to withdraw as appointed counsel in these appeals and ordered the trial court to appoint new counsel. On January 12, 2018, we received the supplemental clerk's record containing the trial court's appointment. We **DIRECT** the Clerk to list Carl Ceder as counsel of record for appellant in these appeals. All future correspondence should be sent to Carl Ceder, 701 E. 15th Street, Suite 101, Plano, TX 75074.

The State's brief is currently due January 26, 2018.

/s/     LANA MYERS
        JUSTICE